UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

LISA MARIE GINTER,
PAUL EDWARD GINTER
both individually and
ON BEHALF OF THE MINOR CHILD,
RACHEL ELIZABETH BALLARD

CIVIL ACTION NO. 05-1392-JJB-SCR

SIGN _____
BY DEPUTY CLERK

VERSUS

JUDGE BRADY

BELCHER, PRENDERGAST &
LAPORTE, and ABC INSURANCE COMPANY;
FRED H. BELCHER, JR., and DEF INSURANCE
COMPANY; E. BUDDY THOMPSON and
GHI INSURANCE COMPANY; WOMAN'S
HOSPITAL, and JKL INSURANCE COMPANY;
DR. CHRISTOPHER FUNES, and MNO
INSURANCE COMPANY; and DR. JOSEPH
THOMAS, and PQR INSURANCE COMPANY     MAGISTRATE RIEDLINGER
*******************************************************************

### RULE 12(b)(6) MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, comes E. BUDDY THOMPSON, made Defendant in the above-captioned matter, who moves this Court to dismiss the claims of Complainant LISA MARIE GINTER, PAUL EDWARD GINTER, both individually and ON BEHALF OF THE MINOR CHILD, RACHEL ELIZABETH BALLARD as against said Defendant based upon the Complainant's failure to state a claim upon which relief can be granted pursuant to FRCP, Rule 12, all as is more fully set out in the attached Memorandum in Support of Rule 12(b)(6) Motion to Dismiss.

Respectfully submitted,
ALLEN & GOOCH
A Law Corporation

NORA M. STELLY
Bar Roll Number 18446
1015 St. John Street
Post Office Box 3768
Lafayette, Louisiana 70502-3768
337-291-1330   Direct Line
Attorney for E. Buddy Thompson



## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has this day been forwarded to all known counsel of record by depositing same in the United States Mail, postage prepaid and properly addressed.

Lafayette, Louisiana, this 27th day of April, 2006.

*Nora M. Stelly*
NORA M. STELLY