UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LISA MARIE GINTER, ET AL.

VERSUS

BELCHER, PRENDERGAST
& LAPORTE, ET AL.

CIVIL ACTION

NO. 05-1392-JJB

## JUDGMENT

For reasons assigned in the record,

IT IS ORDERED, ADJUDGED AND DECREED that this matter be dismissed.

Baton Rouge, Louisiana, October 14, 2008.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA