UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LISA MARIE GINTER, ET AL.

VERSUS

BELCER, PRENDERGAST & LAPORTE, ET AL.

CIVIL ACTION

NO. 05-1392-JJB

## O R D E R

Considering the motion to vacate (doc. 71) filed by plainitffs;

IT IS ORDERED that the motion be denied. Plaintiffs essentially seek to have this matter reopened and stayed pending their submission of a Writ of Certiorari to the United States Supreme Court. Plaintiffs should have filed a motion with the Fifth Circuit to stay the mandate under Fed. Rule App. P. 41(d).[1] As it stands, however, this court is not empowered to provide the relief requested by plaintiffs. The mandate issued by the Fifth Circuit was effective the date of issuance. Fed. Rule App. P. 41 ( c). This court cannot modify or recall the issuance of the mandate.

Baton Rouge, Louisiana, October 17, 2008.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] At the bottom of the denial of the petition for rehearing (dated August 20, 2008), there is a "CLERK'S NOTE," specifically instructing counsel to "SEE FRAP AND LOCAL RULES 41 FOR STAY OF THE MANDATE." Doc. 71-3.